2:15 ring 5GUC 48

sagepf.com/certs/ce 22

Certificate Number: 05781-NYE-DE-041584877

Bankruptcy Case Number: 26-73919

05781-NYE-DE-041584877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2026, at 11:15 o'clock AM PDT, Reynold Brown Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date: October 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President